for reargument denied.   Motion for leave to appeal to Court of Appeals granted. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

LORENZO C. DAVIS, Respondent, v. LOUIS A. BEUFVE and Another, Appellants. — Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Clark, Davis, Sears, Crouch and Taylor, JJ.

MARGARET GILCHRIST, an Infant, etc., Respondent, v. GEORGE W. SHEPARD and Another, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.   Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

In the Matter of the Estate of OTTO KIEKEBUSCH, Deceased.— Motion granted, amending order of reversal by striking out provision requiring legacy to be paid out of personal estate, and inserting in lieu thereof a direction that the surrogate determine the matter of payment in accordance with the law.   Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.   [See 213 App. Div. 784.]

COUNTY OF ALLEGANY, Respondent, v. DELBERT P. SNYDER, Appellant.— Motion for leave to appeal to Court of Appeals granted.   Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

JULIA R. CARROLL, as Executrix, etc., Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.   Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

HERKIMER LUMBER COMPANY, Respondent, v. THE STATE OF NEW YORK, Appellant.— Motion granted and appeal dismissed, with ten dollars costs of motion, upon the ground that the Attorney-General in open court waived the right of appeal and accepted a reduction of the claimant's claim and consented to judgment for that amount.   Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. M. EARL WILLIAMS, Appellant.— Motion to dismiss appeal granted.   Present — Hubbs, P. J., Clark, Sears and Crouch, JJ.

GEORGE McNICKLE, Respondent, v. THERESA BENDWILL, Appellant.— Motion granted and appeal dismissed, with costs.   Present — Hubbs, P. J., Clark, Sears and Crouch, JJ.

CITY OF BUFFALO, Plaintiff, v. CHARLES A. RAUSCH, Defendant.— Appeal dismissed, without costs, upon stipulation filed.   Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

ARTHUR V. LAWLER, as Executor, etc., Respondent, v. CARL E. TUCKER and Others, Appellants.— Motion to dismiss appeal granted, unless appellants shall file and serve printed briefs by October twenty-fifth, and shall be ready for argument at the opening of the November term.   Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

GEORGE J. SWAIN, Respondent, v. DAIRYMEN'S LEAGUE COOPERATIVE ASSN., INC., Appellant.— Motion to dismiss appeal granted, unless appellant shall be ready for argument at the opening of the November term and shall pay to respondent's attorney ten dollars.   Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

ALBERT F. SAWYER, Respondent, v. DAIRYMEN'S LEAGUE COOPERATIVE ASSN., INC., Appellant.— Motion to dismiss appeal granted, unless appellant shall be